IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YOLANDA GRANDISON | § | |
| | § | |
| VS. | § | ACTION NO. 4:15-CV-355-Y |
| | § | |
| STATE FARM LLOYDS, ET AL. | § | |

## FINAL JUDGMENT

This judgment is issued in accordance with the order issued on September 23, 2015, the notice of dismissal filed on December 31, 2015, and Federal Rule of Civil Procedure 58.

Plaintiff's claims against defendant Keith Bailey are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 regarding these claims shall be borne by Plaintiff.

Plaintiff's claims against defendant State Farm Lloyds are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 regarding these claims shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED January 7, 2016.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE